# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

        Petitioner,        :    Case No. 3:20-cv-056

  - vs -                          District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III.

                                  :

        Respondent.

## NOTICE TO PETITIONER

On the filing of the Petition for Writ of Habeas Corpus, the Court ordered Respondent to file the state court record and an answer not later than May 12, 2020 (ECF No. 5). Respondent has now done so (State Court Record, ECF No. 6; Return of Writ, ECF No. No. 7). In the same Order, the Court provided that Petitioner's reply to the return would be do no later than twenty-one days after the return was filed. *Id.* at PageID 51. Because the return was served by mail, Petitioner is entitled to an extra three days to file the reply, which is now due on June 2, 2020.

The Court notes that Respondent sent the Return to the Montgomery County Jail which is the only address Petitioner has given the Court. Litigants are responsible for keeping the Court informed of a current address and are not entitled to additional time to comply with courts orders and rules when delay is occasioned by any failure in this regard.

May 12, 2020.

                                                                             s/ *Michael R. Merz*
                                                               United States Magistrate Judge